UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTEE DIVISION
3:23-cv-687-MOC

LESLIE HOLDEN,                                    )
                                                  )
            Plaintiff,                            )
                                                  )
v.                                                )
                                                  )
MARTIN O'MALLEY,                                  )
Commissioner of Social Security,                  )
                                                  )
            Defendant.                            )

     **THIS MATTER** is before the Court on Defendant's Consent Motion to Remand. (Doc. No. 10). The motion is **GRANTED**.

     Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby remands this case, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the motion to remand. See Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993).

     Furthermore, the Clerk is respectfully instructed to notice Doc. No. 8 (Plaintiff's Brief) as no longer pending.

Signed: March 22, 2024

Max O. Cogburn Jr
United States District Judge